[No. 26408-7-I.   Division One.   March 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIAN
WALTERS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-8-00838-1, Norman W. Quinn, J., entered
June 20, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 26768-0-I.   Division One.   March 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
RAY HUGHES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-06881-4, Susan R. Agid, J., entered
August 21, 1990. *Dismissed* by unpublished per curiam
opinion.

[Nos. 26777-9-I; 27244-6-I.   Division One.   March 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN
HUMPHRIES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-00521-2, Richard M. Ishikawa, J., entered
August 21, 1990. *Dismissed* by unpublished per curiam
opinion.

[No. 28931-4-I.   Division One.   March 30, 1992.]

*In the Matter of the Marriage of* HUGH W. STROH,
*Appellant, and* CAROLYN J. STROH, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. D-118603, Charles V. Johnson, J., entered
June 26, 1991. *Affirmed* by unpublished per curiam opinion.